```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 07071
   SCOTT PISARSKI
                                             CHAPTER 13

                                             JUDGE: MANUEL BARBOSA
      Debtor
   SSN XXX-XX-2763
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 04/19/07 .

     2.  The case was dismissed without confirmation, 06/21/2007.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHARTER ONE BANK | CURRENT MORTG | .00 | .00 | .00 |
| CHARTER ONE BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CHARTER ONE BANK | SECURED | .00 | .00 | .00 |
| CHARTER ONE BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED | .00 | .00 | .00 |
| WINDSOR WEST TOWNHOME AS | SECURED | .00 | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, TERENCE M FENELON              , was allowed $      .00
and was paid $      .00 .

The Trustee received $      .00 .

Refunds to the Debtor totaled $      .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 09/17/07              /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE

```
                              PAGE   2
   CASE NO. 07 B 07071 SCOTT PISARSKI
```